IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DAVID M. CAPPS,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:13-CV-4013-L** |
| § | |
| **NFN GOMEZ,** *et al.*, § | |
| § | |
| Defendants. § | |

## <u>ORDER</u>

The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 12, 2013, recommending that this action be dismissed *sua sponte* pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. No objections to the Report were filed and there has been no activity in the case since the Report was issued.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **dismisses without prejudice** this pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

**It is so ordered** this 5th day of September, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page